BEFORE THE SECOND DIVISION, APRIL 18, 1962

**No. 66696.**—Norman G. Jensen, Inc. *v.* United States, protests 60/31396, 60/31397, and 60/31398 (Seattle).

Opinion by LAWRENCE, J. Since the protests were filed more than 60 days after liquidation, they were dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).